# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MINNIE COULTER d/b/a**
**COULTER'S LIQUOR**                                                      **PLAINTIFF**

**v.**                       Case No. 4:17-cv-00119-KGB

**BANK OF THE OZARKS, INC.**                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on December 18, 2017, it is considered, ordered, and adjudged that plaintiff Minnie Coulter d/b/a Coulter's Liquor's claim against defendant Bank of the Ozarks, Inc., be dismissed without prejudice. The relief sought is denied.

So adjudged this the 22nd day of June, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge